# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | North American Corporation of IL | 1/20/2023 | Wire | $ 38,269.17 |
| Akorn Operating Company, LLC | North American Corporation of IL | 1/27/2023 | Wire | $ 6,820.87 |
| Akorn Operating Company, LLC | North American Corporation of IL | 2/1/2023 | Wire | $ 4,178.95 |
| | | | | $ 49,268.99 |